OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701
02 1W
$ 000.27⁵

9/18/2015

COA No. 09-15-00175-CR

**BADEAUX, ALPHA JAMES**   Tr. Ct. No. 05-02-01288CR      PD-0859-15

The appellant's pro se petition for discretionary review has this day been received and filed.

Abel Acosta, Clerk

ALPHA JAMES BADEAUX
TDC #1336251

ANK